844

No. 1025. SMITH, ADMINISTRATOR, *v.* HYDRO GAS CO. OF WEST FLORIDA, INC. ET AL. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *J. Kirkman Jackson* and *Erle Pettus* for petitioner. *Harry H. Smith* for the Hydro Gas Company of West Florida, Inc., respondent.

No. 1029. UTAH JUNK CO. *v.* FLEMING, TEMPORARY CONTROLS ADMINISTRATOR. March 31, 1947. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Keith L. Seegmiller* and *Ray R. Murdock* for petitioner. *Acting Solicitor General Washington, Carl A. Auerbach* and *William R. Ming, Jr.* for respondent.

No. 1041. PRICHARD *v.* UNITED STATES. March 31, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *J. F. Kemp* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Sheldon E. Bernstein* for the United States.

No. 1043. UNION TRUST CO., TRUSTEE, *v.* GENAU ET AL. March 31, 1947. Petition for writ of certiorari to the Supreme Court of Florida denied. *Frank M. Harris* and *Harold A. Kooman* for petitioner. *O. K. Reaves* for respondents.

No. 1046. NORFOLK SOUTHERN BUS CORP. *v.* NATIONAL LABOR RELATIONS BOARD. March 31, 1947. Pe-